IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA NICHOLE EGGLESTON MAYO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:17-CV-780-WKW [WO] |
| LEE WHITMAN, DOTHAN UTILITIES, BILLY MAYS, MICHAEL WEST, TAMMY DANNER, DEANNA WATFORD, MIKE SCHMITZ, JAMES D. PETERSON, KEVIN MOULTON, BURT SMITHART, and CARLA WOODALL, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Proceeding *pro se*, Plaintiff brought this lawsuit in November 2017, challenging eviction proceedings pending against her in an Alabama state court. Before the court is the Recommendation of the Magistrate Judge that this action be dismissed without prejudice. (Doc. # 7.) The deadline for submitting objections to the Recommendation has expired, and no objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1)     The Recommendation is ADOPTED; and

(2) This action is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

It is further ORDERED that Plaintiff's Motion for an Emergency Order to Stay All Proceedings in the State Court (Doc. # 6) is DENIED.

A final judgment will be entered separately.

DONE this 4th day of May, 2018.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE